IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        Plaintiff,

    -v-

ONE 2003 GMC YUKON DENALI,
VIN: 1GKFK66U73J174653, NEW YORK LICENSE
PLATE NUMBER CTK3792, BLACK IN COLOR,
TITLED AND REGISTERED TO APRIL KIEL,    05-CV-00875A

        Defendant.

## ORDER OF FORFEITURE

Based upon the Stipulation for Forfeiture filed on the 11th day of September, 2006 and after careful review and deliberation it is hereby:

***ORDERED***, that the 2003 GMC YUKON DENALI, VIN: 1GKFK66U73J174653, NY License Plate Number CTK3792, is forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(6) and the government shall dispose of said property in accordance with law; and it is further

***ORDERED,*** that all other legal interests, including but not limited to Finish Line Auto, 2401 Bailey Avenue, Buffalo, New York, who failed to file a claim in these proceedings are forever waived, extinguished and dissolved and that the government be given clear title to the defendant vehicle; and it is further

**ORDERED,** that the terms and conditions contained within the Stipulation are approved by this Court and that this Court will retain jurisdiction of this matter in the event there is breech as to the terms of this Stipulation.

        IT IS SO ORDERED.

                        /s/ Richard J. Arcara
                        HONORABLE RICHARD J. ARCARA
                        CHIEF JUDGE
                        UNITED STATES DISTRICT COURT

DATED: September 12    , 2006